# UNITED STATES DISTRICT COURT

Middle District of Alabama

UNITED STATES OF AMERICA
v.
KEVIN H. CHAMBLISS

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 2:12cr125-01-MHT
USM No. 12584-002
Cecilia Vaca
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1-3 of the petition* of the term of supervision. *as amended 10/4/17.
☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

Violation Number 4 dismissed upon government's oral motion

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to notify the probation officer at least 10 days prior to any change in residence or employment. | 09/18/2017 |
| | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1663

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Prattville, AL

10/11/2017
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

10/16/2017
Date

AO 245D (Rev. 09/17) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: KEVIN H. CHAMBLISS
CASE NUMBER: 2:12cr125-01-MHT

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to notify the probation officer at least 10 days prior to any change in residence or employment. | 09/14/2017 |
| 3 | The defendant failed to follow the instructions of the probation officer. | 09/14/2017 |

DEFENDANT: KEVIN H. CHAMBLISS
CASE NUMBER: 2:12cr125-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

7 Months. The term of supervised release imposed on June 30, 2015 is hereby revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________

at ______________ with a certified copy of this judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL